UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CASSINA GROUP, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>           Plaintiff,<br>vs.<br>NATIONAL ASSOCIATION OF REALTORS; California Association of Realtors, Inc; Florida Association of Realtors; Illinois association of Realtors; Michigan association of Realtors; New York State Association of Realtors, Inc.; Pennsylvania Association of Realtors; South Carolina Association of Realtors<br><br>           Defendants. | No.  24 CV 07402 |

**NOTICE OF DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this notice is filed to dismiss this action without prejudice since the Defendants have not been served with the Summons and Complaint. Defendants have not filed any responsive pleading.

Dated: August 16, 2024

Respectfully submitted,

/s/ *Marvin A. Miller*
Marvin A. Miller
Matthew Van Tine
MILLER LAW LLC
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604
Telephone: (312) 332-3400
MMiller@millerlawllc.com
MVantine@millerlawllc.com

Michael M. Buchman
Nathaniel Blakney
Hannan Seirafi
MOTLEY RICE LLC
800 Third Avenue, Suite 2401

New York, New York 10022
Telephone: (212) 577-0050
mbuchman@motleyrice.com
nblakney@motleyrice.com
hseirafi@motleyrice.com

P. Graham Maiden
MOTLEY RICE LLC
28 Bridgeport Blvd.
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-967050
gmaiden@motleyrice.com